UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| In Re:<br><br>GREGORY A. NEWMAN, and<br>KAREN L. NEWMAN<br><br>        Debtors | Case No. 08-44005<br>Chapter 7 |

**MOTION TO COMPEL TRUSTEE TO FILE NOTICE THAT THE SECTION 341 EXAMINATION OF DEBTORS TOOK PLACE ON JANUARY 6, 2009.**

Now come the Debtors, Gregory A. Newman and Karen L. Newman, and state the following:

1. On December 9, 2008 the Debtors, Gregory and Karen Newman, filed for Chapter 7 Relief.

2. The Section 341 Creditors Meeting was held on January 6, 2009. The Objections to Discharge were due by March 9, 2009. No motion to extend the deadline was filed.

3. The 341 Meeting took place on January 6, 2009 and it was concluded. No continued 341 Meeting date was set. (146 days later the Chapter 7 Trustee did file notice of a "continued" 341 Meeting on July 21, 2009. That issue is not addressed here.)

4. The Chapter 7 Trustee has failed to file the notice that a Section 341 Examination took place on January 6, 2009. This failure has prevented the Debtors from obtaining their discharge which should have been entered months ago.

WHEREFORE, the Debtors, Gregory and Karen Newman, request an order that the Chapter 7 Trustee forthwith give notice on the record that a Section 341 Examination took place on January 6, 2009.

                                                      Respectfully submitted,
                                                      GREGORY A. NEWMAN
                                                      KAREN L. NEWMAN,
                                                      By their Attorney,

                                                      /s/Robert F. Casey, Jr.,
                                                      Robert F. Casey, Jr.
                                                      BBO#: 077700
                                                      249 Ayer Road, Suite 102
                                                      Harvard, MA 01451
                                                      (978) 772-2223
Dated: July 28, 2009                          (978) 772-6585  fax

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| In Re:<br><br>GREGORY A. NEWMAN, and<br>KAREN L. NEWMAN<br><br>Debtors | Case No. 08-44005<br>Chapter 7 |

### CERTIFICATE OF SERVICE

I, Robert F. Casey, Jr., hereby certify that I caused to be served on this 28rd day of July, 2009, by U.S. Postal First Class Mail and/or ECF, a true and correct copy of the Debtors'

**MOTION TO COMPEL TRUSTEE TO FILE NOTICE THAT THE SECTION 341 EXAMINATION OF DEBTORS TOOK PLACE ON JANUARY 6, 2009.**

to the following:

U.S. Trustee's Office
600 Main Street
Worcester, MA  01608

Anne J. White
Demeo & Associates, P.C.
One Lewis Wharf
Boston, MA 02110


/s/Robert F. Casey, Jr.,
Robert F. Casey, Jr.