UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | CHAPTER 7 |
| GREGORY A. NEWMAN and ) | |
| KAREN L. NEWMAN, ) | |
| ) | |
| Debtors. ) | CASE NO. 08-44005-HJB |
| ) | |
| ) | |

**TRUSTEE'S RESPONSE TO MOTION OF DEBTOR TO COMPEL TRUSTEE TO FILE NOTICE OF SECTION 341 EXAMINATION OF DEBTORS**

To the Honorable Chief Judge, Henry J. Boroff, United States Bankruptcy Court for the District of Massachusetts:

Anne J. White, the duly appointed and acting chapter 7 trustee (the "Trustee") of Gregory A. Newman and Karen L. Newman (the "Debtors"), hereby submits this response to the Debtors' pleading entitled "Motion To Compel Trustee To File Notice That The Section 341 Examination Of Debtors Took Place On January 6, 2009" which was filed on July 28, 2009 (the "Motion To Compel"). In this connection, the Trustee states as follows:

1.    On December 9, 2008 (the "Petition Date"), the Debtors filed a voluntary petition for relief under the provisions of Chapter 7 of the Bankruptcy Code (11 U.S.C. Section 101 et seq.).

2.    On December 10, 2008, the Trustee was appointed Chapter 7 trustee by the United States Trustee for Region 1 which includes the District of Massachusetts, and the Trustee continues to serve as Chapter 7 trustee.

3. The initial meeting of creditors pursuant to Section 341 of the Bankruptcy Code was scheduled by the Court for January 6, 2009.

4. On January 6, 2009, the Debtors and their counsel appeared before the Trustee. There were no creditors present. During the course of the examination, the Trustee posed questions of the Debtors and indicated that further documentation and/or information would be necessary.

5. At the Section 341 Meeting held on January 6, 2009, the Trustee requested that the Debtors supply further documents to the Trustee and handed the Debtors a written demand for such information[1].

6. In mid January 2009, the Trustee was advised that the U.S. Trustee's Office was also requesting further information of the Debtors. The Trustee received a copy of a January 7, 2009 letter written by Attorney Stephen E. Meunier of the U.S. Department of Justice, Office of the United States Trustee to counsel for the Debtors requesting a list of additional documents.

7. Thereafter, the Trustee discussed the above-referenced case with the Office of the United States Trustee and was left with the understanding that the case might be dismissed or converted to a Chapter 13 proceeding.

8. The Trustee anticipated receiving notice of the results of the U.S. Trustee's investigation.

---

[1] Among other things, the Trustee sought information regarding the ownership of 31 Still River Road, Harvard, MA, which the Debtors asserted, at the initial Section 341 Meeting, was held in Trust. The Trustee requested a copy of the relevant Trust document and Schedule of Beneficiaries. The Trustee subsequently ascertained that 31 Still River Road, Harvard, MA, was not held in Trust.

9. On or after May 14, 2009, the Trustee received notice from Debtors' counsel that the U.S. Trustee's investigation had been concluded without the filing of a demand for the conversion or dismissal of the case.

10. Thereafter, inasmuch as it was now clear that the case would remain a Chapter 7 proceeding, the Trustee rescheduled the Debtors' Section 341 Meeting to continue to pursue her investigation of the Debtors.

11. The Debtors' Section 341 Meeting was continued to July 20, 2009.

12. At the Debtors' continued Section 341 Meeting on July 20, 2009, the Trustee asked questions designed to illicit testimony regarding the Debtors' intentions with respect to their home located at 68 Still River Road, Harvard, Massachusetts (the "68 Still River Home"). The Debtors indicated that they live at the 68 Still River Home and that they plan to remain and retain the property. The Trustee also asked questions regarding 31 Still River Road, Harvard, Massachusetts, a second property that the Debtors sought to exempt (the "31 Still River Home").

13. As set forth in more detail in the Trustee's accompanying Objection To Exemption, the Debtors do not hold a valid homestead exemption in the 31 Still River Home which is property at which Gregory Newman's mother resides.

14. The Trustee has filed a Notice of Section 341 Meeting Held.

**WHEREFORE,** the Trustee respectfully requests that the Court enter an Order:

1. Denying the Debtors' Motion To Compel;

2. Deeming the Motion To Compel moot inasmuch as the Trustee has filed a Notice of Meeting Held; and

3.  Granting the Trustee such other and further relief as is fair and reasonable.

          ANNE J. WHITE
          CHAPTER 7 TRUSTEE

          By her Counsel,

Dated: August 18, 2009

/s/ Anne J. White
Anne J. White (BBO#524960)
Demeo & Associates, P.C.
One Lewis Wharf
Boston, MA 02110
(617) 263-2600

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Chapter 7 |
| GREGORY A. NEWMAN and ) | |
| KAREN L. NEWMAN ) | Case No. 08-44005-HJB |
| ) | |
| Debtor ) | |

## CERTIFICATE OF SERVICE

I, Anne J. White, hereby certify that on this 18th day of August 2009, I served a copy of the foregoing Chapter 7 Trustee's Response To Motion Of Debtor To Compel Trustee To File Notice Of Section 341 Examination Of Debtor to those appearing on the following Service List via first-class mail, postage pre-paid, unless electronically served by the Court as indicated thereon.

/s/ Anne J. White
Anne J. White (BBO# 524960)
Demeo & Associates, P.C.
One Lewis Wharf
Boston, MA 02110
(617) 263-2600

## SERVICE LIST

Richard King
Office of US. Trustee
446 Main Street, 14th Floor
Worcester, MA 01608
*(Electronically served by the Court)*

Robert F. Casey, Jr., P.C.                              *Counsel to the Debtors*
6 Lancaster County Road
Harvard, MA 01451
*(Electronically served by the Court)*

Capital One
P.O. Box 85520
Richmond, VA 23285

Chase
800 Brooksedge Blvd.
Westerville, OH 43081

Citi Flex
P.O. Box 6241
Sioux Falls, SD 57117

CitiFinancial Services
P.O. Box 70918
Charlotte, NC 28272-0918

CitiMortgage, Inc.
P.O. Box 9438
Gaithersburg, MD 20898

Discover Financial Services
P.O. Box 15316
Wilmington, DE 19850

Exxon Mobile/ Citi
P.O. Box 6497
Sioux Falls, SD 57117

HFC
P.O. Box 1547
Chesapeake, VA 23327

HSBC Bank
P.O. Box 5253
Carol Stream, IL 60197

Lane Bryant Retail
450 Winks Lane
Bensalem, PA 19020

MMYDSNB
9111 Duke Blvd.
Mason, OH 45040

Nordstrom FSB
P.O. Box 6555
Englewood, CO 80155

SCA/Appleseeds
1000 Macarthur Blvd.
Mahwah, NH 07430

Talbots
175 Beal Street
Hingham, MA 02043

Universal/Citi
P.O. Box 6241
Sioux Falls, SD 57117

WFNNB/Pottery Barn
P.O. Box 182273
Columbus, OH 43218

WFNNB/Victorias Secret
P.O. Box 182128
Columbus, OH 43218

Gregory A. Newman &
Karen L. Newman
68 Still River Road
Harvard, MA 01451